## The People of the State of Illinois, Defendant in Error, v. Charles Norton, alias James Norton, Plaintiff in Error.

### Gen. No. 19,547. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN R. NEWCOMER, Judge, presiding. Heard in this court at the October term, 1913. Reversed and remanded. Opinion filed March 9, 1914.

### Statement of the Case.

Prosecution by The People of the State of Illinois against Charles Norton, *alias* James Norton, on a charge of vagrancy. From a judgment of conviction, on trial by the court, defendant brings error.

JOHN F. TYRRELL, for plaintiff in error.

MACLAY HOYNE, for defendant in error; FRANCIS E. HINCKLEY, of counsel.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. VAGRANCY, § 1*—*what proof required to convict.* To establish the crime of vagrancy, affirmative proof that defendent was without lawful means of support is required.

2. VAGRANCY, § 1*—*when evidence insufficient to convict.* In a prosecution for vagrancy, where the witnesses testifying for the People did not undertake to state, of their own knowledge, whether defendant was without lawful means of support, except one witness who testified that defendant operated about fifty peanut machines in saloons, and that he filled the machines every few days, gathering the money out of them, a conviction was not sustained by the evidence.